IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| WILLIAM MARTIN AND SONJA MARTIN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RSC EQUIPMENT RENTAL, INC., )<br>GLENN PIRKLE ELECTRICAL, INC. )<br>AND JOEL PIRKLE, )<br>)<br>Defendants. ) | C.A. NO. 8:08-CV-2217-HFF<br><br>**CONSENT ORDER GRANTING MOTION FOR LEAVE TO TAKE DEPOSITIONS** |

This matter is before the Court on Motion of counsel for RSC Equipment Rental, Inc. ("RSC") for an Order granting RSC leave to take depositions of three individuals outside of the Court's Amended Scheduling Order. (ECF Doc. 87). RSC seeks an Order from the Court granting it leave to proceed with the depositions of Adam Neidermyer, Daryl Spaeth and Evan Holman outside of the Amended Scheduling Order dated October 19, 2009. Plaintiffs filed a timely Memorandum in Opposition to the Motion (ECF Doc. 88); however, the Plaintiffs now consent to the depositions proceeding. Further, no opposition or objection has been filed in response to the Motion by any other party. Since the time to respond to the Motion has now expired, RSC's Motion is hereby **granted** based on the express consent of Plaintiffs.

Therefore, IT IS HEREBY ORDERED, that RSC is granted leave to proceed with the depositions of Adam Neidermyer, Daryl Spaeth and Evan Holman. IT IS FURTHER ORDERED, that RSC shall have ten days following the completion of the depositions to file a Motion to Compel with respect to any information, documents, or other materials that may be identified during the course of the depositions including, but not limited to, recorded statements of the witnesses.

**IT IS SO ORDERED.**

August 10, 2010             s/Kevin F. McDonald
Greenville, South Carolina      United States Magistrate Judge

I SO MOVE:

*s/ Jonathan D. Hammond*
Jonathan D. Hammond (Fed ID 8016)
Turner Padget Graham & Laney P.A.
Po Box 1509
Greenville, SC 29602
(864) 552-4650 (Telephone)
(864) 282-5963 (Facsimile)

Attorneys for RSC Equipment Rental, Inc.


WE SO CONSENT:


*s/ Thomas E. Hite, III*
Thomas E. Hite, Jr. (Fed. ID 1888)
Thomas E. Hite, III  (Fed ID 10657)
Hite & Stone, P.A.
P.O. Box 805
Abbeville, SC 29620

Attorneys for Plaintiffs